AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>7-25-mj-140 | Date and time warrant executed:<br>7/14/2025 3:30 PM | Copy of warrant and inventory left with:<br>TikTok Inc. |
| Inventory made in the presence of :<br>Ryan Kennedy | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>On 8/25/2025, TikTok Inc. provided PDF files and media files that showed account activity, subscriber info, IP session logs, and other related activity.<br><br>On 11/10/2025, TikTok Inc. provided the remaining information that was pending, which consisted of a PDF file with chat logs and their content, as well as images and videos that were sent and received by the subject.<br><br>CLERKS OFFICE U.S. DIST. COURT<br>AT LYNCHBURG, VA<br>FILED<br>11/13/2025<br>LAURA A. AUSTIN, CLERK<br>BY:  s/ ARLENE LITTLE<br>    DEPUTY CLERK<br><br>**Received in Chambers**<br>**By Reliable Electronic Means**<br><br>November 12, 2025 at 2:12pm<br><br>**Hon. C. Kailani Memmer**<br>**United States Magistrate Judge** | | |
| Certification | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:   11/12/2025<br><br>                                                                                    *Ryan Kennedy*<br>                                                                           _Executing officer's signature_<br><br>                                                                           Ryan Kennedy, Special Agent<br>                                                                              _Printed name and title_ | | |